**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-2361**

In re:  DENNIS JAMES JOHNSON,

Petitioner.

On Petition for Writ of Mandamus.  (3:21-cv-00064-GMG-RWT)

Submitted:  January 20, 2022                                    Decided:  January 24, 2022

Before WILKINSON, DIAZ, and THACKER, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Dennis James Johnson, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dennis James Johnson petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*